

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Jean L. Schmidt
212.497.8486 direct
212.583.9600 main
646.417.7534 fax
jschmidt@littler.com

January 4, 2021

> Application granted. The conference scheduled for January 12, 2021 is adjourned until January 26, 2021 at 9:30 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. The Clerk is instructed to terminate ECF No. 12.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
>         January 5, 2021

**VIA ECF**

Hon. Phillip M. Halpern
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  Emanuel v. Gap, Inc., et al.
     Case No.: 19-cv-03617-PMH-AEK

Dear Judge Halpern:

We represent Defendants Gap, Inc., Banana Republic, LLC, Michelle Russo, Toni Lynn Borowski and Gregoire Jean-Louis (collectively "Defendants") in connection with the above-referenced matter.

We write this letter to respectfully request an adjournment of the telephonic status conference scheduled before Your Honor on January 12, 2021 at 12:00 p.m., as both parties are conducting a deposition in this matter.  We write this request with the consent of Plaintiffs.

Both parties are available on the following dates and times: January 26 all day and January 27 after 12:30 pm. Kindly advise if any of these proposed dates and times are acceptable to the Court.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Jean L. Schmidt*

Jean L. Schmidt
Shareholder

cc:  Parisis G. Filippatos, Esq.