

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Jean L. Schmidt
212.497.8486 direct
212.583.9600 main
646.417.7534 fax
jschmidt@littler.com

August 23, 2023

**VIA ECF**

Hon. Phillip M. Halpern
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *Emanuel v. Gap, Inc., et al.*
     Case No.: 19-cv-03617-PMH-AEK

Dear Judge Halpern:

We represent Defendants Gap, Inc., Banana Republic, LLC, Michelle Russo, Toni Lynn Borowski and Gregoire Jean-Louis (collectively "Defendants") in connection with the above-referenced matter.

We write to request an adjournment of th[...] [...] on and Order for the Parties to file the doc[...] [...]'s Individual Practices and the pretrial conf[...] [...]de the Parties time to attempt to resolve th[...]

The Parties have agreed to engage in me[...] [...]er 2, 2023, which was the earliest date th[...] [...]re available. This is after September 13, 20[...] [...]he required pretrial documents. Accordingly[...] [...]to file the required pretrial documents be a[...] [...]e pretrial conference be adjourned to a da[...]

Plaintiffs's counsel has advised that th[...] [...]al documents should be adjourned to afte[...] [...]ve Defendants propose for the submission.

Thank Your Honor for your consideration.

> Application granted to the extent that the time for the parties to file those materials required by Rules 6(A) and 6(B) of this Court's Individual Practices is extended to October 16, 2023. The pretrial conference scheduled for October 26, 2023 at 12:00 p.m. will proceed as scheduled in Courtroom 520 of the White Plains Courthouse.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 193.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>    August 24, 2023

Hon. Phillip M. Halpern
August 23, 2023
Page 2


Respectfully submitted,

*/s/ Jean L. Schmidt*

Jean L. Schmidt

cc:     All counsel of record (via ECF)