

September 8, 2023

**VIA ECF**

Hon. Phillip M. Halpern
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application granted. The pretrial conference scheduled for October 26, 2023 is hereby rescheduled to November 28, 2023 at 2:00 p.m. in Courtroom 520 of the White Plains Courthouse.
>
> The Clerk of Court is respectfully requested to terminate the motion sequences pending at Doc. 195.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 8, 2023

Re:  *Emanuel v. Gap, Inc., et al.*
Case No.: 19-cv-03617-PMH-AEK

Dear Judge Halpern:

We represent Defendants Gap, Inc., Banana Republic, LLC, Michelle Russo, Toni Lynn Borowski and Gregoire Jean-Louis (collectively "Defendants") in connection with the above-referenced matter.

We write to request an adjournment of the date of the pretrial conference scheduled for October 26, 2023. I am going to be out of town on October 26 and October 27, 2023 for a previously scheduled business meeting. Therefore, I respectfully request that the pretrial conference be rescheduled to a date convenient for the Court beginning October 31 or later.

Plaintiffs' counsel has advised that they consent to the adjournment.

Thank Your Honor for your consideration.

Respectfully submitted,

*/s/ Jean L. Schmidt*

Jean L. Schmidt

cc:  All counsel of record (via ECF)