UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DESA EMANUEL, et al.,

                        Plaintiffs,

v.                                                                  **ORDER**

                                                              19-CV-03617 (PMH)

GAP, INC., et al.

                       Defendants.
------------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

      The Court is in receipt of the motions *in limine* and materials required by Rules 6(A) and 6(B) of this Court's Individual Practices filed by the parties on October 18, 2023.

      With respect to the proposed joint pretrial order (Doc. 206), the parties are directed to remove deposition designations for all witnesses except those for whom the offering party establishes unavailability pursuant to Fed. R. Civ. P. 32(a)(4). The parties are further directed to meet and confer to attempt to resolve the objections to the exhibit lists without the need for Court intervention, and to attempt to agree on any stipulations of fact or law which may be included in the joint pretrial order. The parties shall file a revised proposed joint pretrial order by **November 8, 2023 at 5:00 p.m**.

      Additionally, the parties are directed to meet and confer regarding the numerous areas of disagreement in the joint requests to charge (Doc. 207), and file, by **November 8, 2023 at 5:00 p.m**, revised joint requests to charge.

      With respect to the "proposed instructions" in Section I of the joint *voir dire* questions (Doc. 208), the parties are directed to meet and confer and file, by **November 8, 2023 at 5:00 p.m**, a single, separate document representing the parties' joint summary of the case.

Contemporaneous with the filing of the foregoing materials, the parties are directed to submit to Chambers, via email at HalpernNYSDChambers@nysd.uscourts.gov, copies of their Rules 6(A) and 6(B) materials in Word format as set forth in the Court's Individual Practices.

The pretrial conference will proceed as scheduled on **November 28, 2023 at 2:00 p.m.** in Courtroom 520 of the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
October 20, 2023

_____
PHILIP M. HALPERN
United States District Judge