UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DESA EMANUEL, et al.,

                               **ORDER**

                   Plaintiffs,

v.                                                   19-CV-03617 (PMH)

GAP, INC., et al.

                   Defendants.
-----------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared for an in-person pretrial conference on November 28, 2023. As discussed on the record, this matter was scheduled for a jury trial on **June 10, 2024**, and, as of **January 4, 2024**, the parties are on five days' notice of trial.

    At the conference, the parties' motions *in limine* (Doc. 200; Doc. 203) were resolved for the reasons set forth in the record.

    As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall advise the Court in a joint letter filed via ECF, by **December 8, 2023**, whether they are requesting referral to the Magistrate Judge for a settlement conference.

2. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **January 4, 2024**, a revised proposed Joint Pretrial Order.

3. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed *Voir Dire* and file, by **January 4, 2024**, a revised proposed *Voir Dire*.

4. With respect to the "proposed instructions" in Section I of the proposed V*oir Dire*, the parties are directed to meet and confer and file, by **January 4, 2024**, a single, separate document representing the parties' joint summary of the case.

5. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **January 4, 2024**, a revised proposed Verdict Sheet.

6. The parties shall meet and confer regarding objections in the proposed Jury Instructions and file, by **January 4, 2024**, revised proposed Jury Instructions.

7. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail at HalpernNYSDChambers@nysd.uscourts.gov.

8. A final pretrial conference has been scheduled for **January 16, 2024 at 9:30 a.m. in Courtroom 520** of the White Plains courthouse.

See Transcript.

The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 200 and Doc. 203.

**SO ORDERED:**

Dated: White Plains, New York
November 29, 2023

_____
PHILIP M. HALPERN
United States District Judge