

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Jean L. Schmidt

> Application denied.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 235.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         February 27, 2024

February 26, 2024

**VIA ECF**

Hon. Phillip M. Halpern
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Emanuel v. Gap, Inc., et al.*
        Case No.: 19-cv-03617-PMH-AEK

Dear Judge Halpern:

We represent Defendants Gap, Inc., Banana Republic, LLC, Michelle Russo, Toni Lynn Borowski and Gregoire Jean-Louis (collectively "Defendants") in connection with the above-referenced matter.  We write jointly with Plaintiffs' counsel to request an adjournment of the February 28, 2024, Final Pretrial Conference.

The parties engaged in a settlement conference with Magistrate Judge Krause on February 15, 2024. At the conclusion of the conference, the parties scheduled a second settlement conference with Magistrate Judge Krause for March 5, 2024. (See Minute Entry dated 2/15/24). Accordingly, the parties request that the Final Pretrial Conference be adjourned to a date after March 5, 2024.

Thank you for your consideration

Respectfully submitted,

*/s/ Jean L. Schmidt*

Jean L. Schmidt

cc:  All counsel of record (via ECF)