UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DESA EMANUEL, et al.,

                              **ORDER**

          Plaintiffs,

v.                                    19-CV-03617 (PMH)

GAP, INC., et al.

          Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person pretrial conference on February 28, 2024. As discussed on the record, this matter is scheduled for a jury trial on **June 10, 2024**, and the parties are on five days' notice of trial.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **April 5, 2024**, a revised proposed Joint Pretrial Order.

2. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **April 5, 2024**, a revised proposed Verdict Sheet.

3. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail at HalpernNYSDChambers@nysd.uscourts.gov.

4. A final pretrial conference has been scheduled for **May 6, 2024 at 2:30 p.m. in Courtroom 520** of the White Plains courthouse.

See Transcript.

**SO ORDERED:**

Dated: White Plains, New York
February 28, 2024

_____
PHILIP M. HALPERN
United States District Judge